IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                     Case No. 04-40001-01-SAC

MARIANO BEDOLLA,

        Defendant.

**MINUTE ORDER**

BY THE DIRECTION OF THE HONORABLE SAM A. CROW, U.S. DISTRICT SENIOR JUDGE:

        The motion of Diane F. Barger to withdraw as attorney of record (Dk. 212) is denied, without prejudice, as counsel has failed to comply with D.Kan. Rule 83.5.5.

        Dated this 5th day of May, 2005, at Topeka, Kansas.

                                                            RALPH L. DeLOACH, CLERK

                                                           By s/ Brenda M. Wessel
                                                                Deputy Clerk